PROB 12B
(7/93)

Report Date: October 17, 2012

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Susan Linda Goin                Case Number: 2:10CR00033-002

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, U.S. District Judge

Date of Original Sentence: 7/9/2010              Type of Supervision:    Supervised Release

Original Offense: Conspiracy to Distribute 100 Grams    Date Supervision Commences: 11/4/2012
or More of a Mixture or Substance Containing a
Detectable Amount of Heroin, 21 U.S.C. § 846

Original Sentence: Prison - 36 Months; TSR - 60     Date Supervision Expires: 11/3/2015
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by
      the rules and requirements of the facility and shall participate in programs offered by the facility at the
      direction of the supervising officer.

### CAUSE

On August 10, 2012, the undersigned officer began to communicate with the case manager handling Ms. Goin's case, in order to develop an appropriate release plan. Ms. Goin had no proposed release address or source of income, is disabled and in a wheelchair, and was not placed at the RRC due to her inability to work. This officer immediately began contacting resources in the community to secure a residence that would both accept felons, and was wheelchair accessible. As of this date and despite the efforts of this officer, suitable housing has not been located. Ms. Goin is scheduled to release from prison on November 4, 2012, and if the situation remains unchanged, she will have to release homeless. In addition, through this officer's contact with the Social Security Administration, it was reported that it will take approximately 5 months for Ms. Goin's social security disability benefits to be reinstated. This is her only form of income.

As a result of these circumstances, the undersigned officer is requesting that Ms. Goin's conditions of supervision be modified to place her at an RRC as a public law placement. This would allow her to begin the application process for disability benefits, as well as locate suitable housing. Ms. Goin acknowledges that placement in an RRC would allow for time to develop a suitable release plan and transition successfully back into the community.

Prob 12B
Re: Goin, Susan Linda
October 17, 2012
Page 2

It should also be noted that this officer is continuing to work on securing a residence for Ms. Goin, and if one is secured prior to her release from prison, this officer will request that the condition for RRC placement be placed on hold. However, due to the closeness of Ms. Goin's release date, it seems appropriate to ensure there is another plan in place if a residence cannot be secured.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/17/2012

Cassie Lerch

U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/17/2012
Date